UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LUCKY WEAH ) | |
|    Plaintiff, ) | |
| ) | |
| v ) | Case No. 3:14CV1988 |
| THE CITY OF SOUTH BEND, INDIANA; ) | |
| THE SOUTH BEND POLICE DEPARTMENT; ) | |
| SBPD OFFICER ANDREW HINES, PN 2178 AND ) | |
| SOUTH BEND OFFICERS CURRENTLY UNKNOWN ) | |
|    Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Lucky Weah, by counsel, Jeffrey E. Kimmell, hereby gives notice that the above captioned action is voluntarily dismissed against all Defendants. The dismissal is made with prejudice.

   S/Jeffrey E. Kimmell
Jeffrey E. Kimmell, 18734-71
218 West Washington St. #600
South Bend, IN 46601
Tel. 574-232-7410
Fax. 574-287-8396

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2015, I electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Jeffrey L Sanford:**

jlsattlaw@aol.com, jsanford@southbendin.gov, gpawelsk@southbendin.gov

s/ Jeffrey E. Kimmell